Sunny S. Huo (SBN 181071)
ssh@severson.com
Philip Barilovits (SBN 199944)
pb@severson@com
Edward R. Buell, III (SBN 240494)
erb@severson.com
Andrew M. Purdy (SBN 2619129)
amp@severson.com
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:     (415) 956-0439

**Attorneys for Defendants**
**GREENPOINT MORTGAGE**
**FUNDING, INC.**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. JONES and VIOLA E. JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIER ONE FUNDING, INC., GREENPOINT MORTGAGE FUNDING, INC., GMAC, BANK OF AMERICA,<br><br>Defendants. | Case No.:  CV-09-3858 SC<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING PRETRIAL DEADLINES AND TRIAL DATE; [PROPOSED] ORDER**<br><br>Dept:          Courtroom 1, 17th Floor<br>Judge:        Hon. Samuel Conti<br><br>Trial Date:    February 22, 2011 |
| AND RELATED CROSS-ACTIONS | |

///

///

///

///

///

///

Plaintiffs John W. Jones and Viola E. Jones ("Plaintiffs") and Defendant GreenPoint Mortgage Funding, Inc. ("GPM") by and through their respective counsel of record hereby stipulate and jointly request that the Court continue by four months all deadlines set forth in the Status Conference Order (Document #50) (the "Scheduling Order").

## RECITALS

1.     On March 10, 2010, the Court entered an order granting the Motions to Dismiss filed by defendants Bank of America, N.A. and GMAC Mortgage, LLC (Document #43). Defendant Premier One Funding, Inc. settled with Plaintiffs prior to this matter being removed to Federal Court.  As a result GPM is the sole remaining defendant.

2.     On May 7, 2010, the Court issued the Scheduling Order (Document #50) setting forth the following deadlines:

    a.   All discovery shall be completed and all depositions taken by November 10, 2010.

    b.   All dispositive motions to be filed by December 3, 2010

    c.   Pre-Trial conference is set for February 18, 2011

    d.   Trial is set for February 22, 2011.

3.     On September 6, 2010, Plaintiff filed a Notice of Death of Plaintiff John W. Jones as Document #54.

4.     In consideration of the death of Plaintiff John W. Jones, the parties have agreed to continue the trial and all related deadlines for a period of four months.  This is the first request for a continuance made by the parties.  This request for a continuance will not prejudice the parties.

///

///

///

///

///

///

///

- 2 -

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel of record, that:

1.    The trial date of February 22, 2011 be continued for a period of approximately four months to a date convenient to the Court; and

2.    Any and all deadlines that are set by the trial date, including but not limited to discovery cut-off, motion deadlines and the pre-trial conference, are to be extended by the new trial setting.

DATED:  October 4, 2010                SEVERSON & WERSON
                                       A Professional Corporation


                                       By:_____/s/ Andrew M. Purdy_____
                                              Andrew M. Purdy
                                       Attorneys for Defendant
                                       GREENPOINT MORTGAGE FUNDING, INC.

DATED:  October 4, 2010                MOSS & MURPHY


                                       By:_____/s/ Glen L. Moss_____
                                              Glen L. Moss
                                       Attorney for Plaintiffs
                                       JOHN W. JONES and VIOLA E. JONES

**[PROPOSED] ORDER**

IT IS ORDERED THAT the Stipulated Request for Order Continuing Pretrial Deadlines and Trial Date is granted.  The deadlines are extended as follows:

1)  All discovery shall be completed by     ___June 1____, 2011.

2)  All dispositive motions shall be ~~filed~~ heard by _June 24_____, 2011.

3)  The final pre-trial conference is set for __July 22_____, 2011, at 10:00 a.m./~~p.m.~~

4)  Jury trial is set for _August 1_____, 2011, at 9:30 a.m./~~p.m.~~        .

IT IS SO ORDERED.

Dated: ___10/15/10_____       _____
                                       Hon. Samuel