```
 1  Sunny S. Huo (SBN 181071)
    ssh@severson.com
 2  Edward R. Buell, III (SBN 240494)
    erb@severson.com
 3  M. Elizabeth Holt (SBN 263206)
    amp@severson.com
 4  Severson & Werson
    A Professional Corporation
 5  One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
 6  Telephone:   (415) 398-3344
    Facsimile:   (415) 956-0439
 7  Attorneys for Defendants
    GREENPOINT MORTGAGE
 8  FUNDING, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. JONES and VIOLA E. JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIER ONE FUNDING, INC., GREENPOINT MORTGAGE FUNDING, INC., GMAC, BANK OF AMERICA,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: CV-09-3858 SC<br><br>**STIPULATED REQUEST TO CHANGE ADR DESIGNATION AND CONTINUE PRETRIAL DEADLINES AND TRIAL DATE; [PROPOSED] ORDER**<br><br>Dept:   Courtroom 1, 17th Floor<br>Judge:  Hon. Samuel Conti<br><br>Trial Date:  August 1, 2011 |

Plaintiffs John W. Jones and Viola E. Jones ("Plaintiffs") and Defendant GreenPoint Mortgage Funding, Inc. ("GPM") by and through their respective counsel of record hereby stipulate and jointly request that the Court change this case's ADR designation from court-appointed mediation to magistrate judge settlement conference. The parties also jointly ask the Court to continue by four months all deadlines set forth in the Stipulation and Order Continuing Pretrial Deadlines and Trial Date (Document #57) (the "Order").

///

**RECITALS**

1. On March 10, 2010, the Court entered an order granting the Motions to Dismiss filed by defendants Bank of America, N.A. and GMAC Mortgage, LLC (Document #43). Defendant Premier One Funding, Inc. settled with Plaintiffs prior to this matter being removed to Federal Court. As a result GPM is the sole remaining defendant.

2. On May 7, 2010, the Court issued the Scheduling Order (Document #50) setting forth the following deadlines:

   a. All discovery shall be completed and all depositions taken by November 10, 2010.

   b. All dispositive motions to be filed by December 3, 2010

   c. Pre-Trial conference is set for February 18, 2011

   d. Trial was set for February 22, 2011.

3. On September 6, 2010, Plaintiff filed a Notice of Death of Plaintiff John W. Jones as Document #54.

4. In consideration of the death of Plaintiff John W. Jones, the Court issued the Order pursuant to stipulation of the parties (Document #57) setting forth the following deadlines:

   a. All discovery shall be completed and all depositions taken by June 1, 2011.

   b. All dispositive motions to be heard by June 24, 2011.

   c. Pre-Trial conference is set for July 22, 2011.

   d. Trial is set for August 1, 2011.

5. In addition, the parties agreed to cease all activity relating to the case for three months to allow Mrs. Jones time to deal with the passing of her husband.

6. Starting at the end of December 2010, Plaintiff and GPM have been working together in good faith and have made progress towards a potential resolution and settlement of this matter.

7. Based on this progress and following a call with this Court's ADR Coordinator, the parties have agreed that they will be able to work towards a settlement and resolution without the further assistance of the court appointed mediator. As a result, the parties would like to be

1  removed from the court-appointed mediation program.

2  8. The parties further agree that the primary obstacle (should there be any) to
3  resolution of the case will be a determination of specific, narrow legal issues, rather than broad
4  factual disputes. To that end, the parties agree that a settlement conference with a Magistrate
5  Judge would stand an excellent chance of resolving the case.

6  9. In order to allow sufficient time to complete all settlement efforts, the parties have
7  agreed to continue the trial and all related deadlines for a period of four months. This is the
8  second request for a continuance made by the parties. This request for a minimal continuance
9  will not prejudice the parties and should allow sufficient time for the parties to try and resolve this
10 matter.

## **STIPULATION**

12 IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their
13 respective counsel of record, that:

14 1. The parties will be released from the Court's mediation program; and

15 2. The Court will set a Settlement Conference with a Magistrate Judge at a time
16 convenient for the Court; and

17 3. The trial date of August 1, 2011 be continued for a period of approximately four
18 months to a date convenient to the Court; and

19 4. Any and all deadlines that are set by the trial date, including but not limited to
20 discovery cut-off, motion deadlines and the pre-trial conference, are to be extended by the new
21 trial setting.

| | | |
|---|---|---|
| 1 | DATED: February 4, 2011 | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Edward R. Buell III<br>Edward R. Buell III |
| 5 | | Attorneys for Defendant<br>GREENPOINT MORTGAGE FUNDING, INC. |
| 6 | DATED: February 4, 2011 | MOSS & MURPHY |
| 7 | | |
| 8 | | By: /s/ Glen L. Moss<br>Glen L. Moss |
| 9 | | Attorney for Plaintiffs<br>JOHN W. JONES and VIOLA E. JONES |

### [PROPOSED] ORDER

IT IS ORDERED THAT the Stipulated Request to Change ADR Designation and Continue Pretrial Deadlines and Trial Date is granted. The deadlines are extended and the schedule is as follows:

1) Settlement Conference with Magistrate Judge _____ will be held on or before _____, 2011.
2) All discovery shall be completed by _____, 2011.
3) All dispositive motions shall be filed by _____, 2011.
4) The final pre-trial conference is set for _____, 2011, at __:__ a.m./p.m.
5) Jury trial is set for Sept 12, 2011, at 12:00 a.m./p.m.

IT IS SO ORDERED.

Dated: 2/7/11

_____
Hon. Samuel Conti

Mutually Agree upon dates, or set Motion to resolve dispute as to dates.

- 4 -

15314/0092/885779.1

STIP. TO CONTINUE TRIAL AND PRETRIAL DEADLINES
Case No. CV-09-3858 SC: