SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
EDWARD R. BUELL III (State Bar No. 240494)
erb@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Greenpoint Mortgage Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN W. JONES and VIOLA E. JONES, <br><br>Plaintiffs, <br><br>vs. <br><br>BANK OF AMERICA, N.A.; PREMIER ONE FUNDING, INC.; GREENPOINT MORTGAGE FUNDING, INC.; and GMAC MORTGAGE, LLC, <br><br>Defendants. | Case No.  3:09-CV-03858-SC <br><br>**JOINT STIPULATION RE: DISCOVERY CUTOFF, DISPOSITIVE MOTION DEADLINE, AND PRE-TRIAL CONFERENCE; [PROPOSED] ORDER**  AS MODIFIED <br><br>Judge:    Hon. Samuel Conti <br><br>Complaint Date:  April 29, 2009 <br>Removal Date:    August 21, 2009 <br>Trial Date:      September 12, 2011 |

Pursuant to the Court's Order of February 7, 2011, the undersigned parties hereby stipulate as follows:

1. Initial disclosure of expert reports shall be completed by **August 12, 2011**.

2. All fact discovery shall be completed by **August 19, 2011**.

3. All expert discovery shall be completed by **August 26, 2011**.

15314/0092/930783.1                    JOINT STIPULATION RE: PRE-TRIAL DATES
                                       Case No.  3:09-CV-03858-SC

4. All ~~dispositive motions,~~ except for motions in limine, shall be filed by ~~June 24,~~ August 26, 2011 ~~2011~~, and heard by ~~July 29, 2011,~~ July 22, 2011 at 10:00 a.m.

5. The final pre-trial conference shall take place on **August 26, 2011, at 10:00 a.m.**, in Courtroom 1, 17th Floor, before the Honorable Samuel Conti.

DATED: June 14, 2011             Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:   */s/ M. Elizabeth Holt*
           M. Elizabeth Holt

Attorneys for Defendant
Greenpoint Mortgage Funding, Inc.


DATED: June 14, 2011             MOSS & MURPHY


By:   */s/ Glenn Lee Moss*
           Glenn Lee Moss

Attorneys for Plaintiffs
John W. and Viola E. Jones

---

15314/0092/930783.1

- 2 -

JOINT STIPULATION RE: PRETRIAL DATES
Case No. 3:09-CV-03858-SC

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, it is hereby ORDERED:

1. Initial disclosure of expert reports shall be completed by **August 12, 2011**.

2. All fact discovery shall be completed by **August 19, 2011**.

3. All expert discovery shall be completed by **August 26, 2011**.

4. All ~~dispositive motions,~~ except for motions in limine, shall be filed by ~~June 24, 2011~~ **August 26, 2011**, and heard by ~~July 29, 2011,~~ **at 10:00 a.m.** *July 22, 2011*

5. The final pre-trial conference shall take place on **August 26, 2011, at 10:00 a.m.**, in Courtroom 1, 17th Floor, before the undersigned.

DATED: __June 15, 2011_____

_____
THE HONORABLE SAMUEL CONTI

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Samuel Conti]*

---

15314/0092/930799.1                    [PROPOSED] ORDER RE: PRE-TRIAL DATES
                                        Case No. 3:09-CV-03858-SC