1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  EDWARD R. BUELL III (State Bar No. 240494)
   erb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6

7  Attorneys for Defendant and Cross- Complainant
   GreenPoint Mortgage Funding, Inc.
8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | JOHN W. JONES and VIOLA E. JONES, | Case No.  3:09-CV-03858-SC |
|---|---|
| 13        Plaintiffs, | **JOINT NOTICE OF SETTLEMENT** |
| 14        vs. | Complaint Date:     September 7, 2007 |
| | Removal Date:       August 21, 2009 |
| 15 PREMIER ONE FUNDING, INC.; | Trial Date:              September 12, 2011 |
| GREENPOINT MORTGAGE FUNDING, | |
| 16 INC.; BANK OF AMERICA, N.A.; and | Presiding Judge:     Hon. Samuel Conti |
| GMAC MORTGAGE, LLC, | |
| 17 | |
| 18        Defendants. | |
| 19 AND RELATED CROSS-ACTION | |
| 20 | |

21       TO THE CLERK OF THE UNITED STATES DISTRICT COURT, ALL PARTIES,

22 AND THEIR ATTORNEYS OF RECORD:

23       PLEASE TAKE NOTICE that plaintiff Viola E. Jones, individually and for the Estate of

24 John W. Jones ("Plaintiff") and GreenPoint Mortgage Funding, Inc., ("GreenPoint") (collectively

25 referred to herein as the "Parties") have reached a settlement in principle of all claims in this

26 action following a settlement conference.

27       The settlement is unconditional and requires the Parties to dismiss this action with

28 prejudice in its entirety.  The Parties require forty-five (45) days to finalize the settlement and file

1    a stipulation for dismissal.  Accordingly, the Parties request the court remove this case from its

2    active case calendar, vacate the trial date and all upcoming deadlines.

3

4    DATED: July 7, 2011                          Respectfully submitted,

5                                                 MOSS & MURPHY

6
                                                  By: _____ /s/ Glenn Moss _____
7                                                              Glenn Moss

8                                                 Attorneys for Plaintiff and Cross-Defendant
                                                  VIOLA E. JONES, Individually and for the
9                                                 Estate of John W. Jones

10   DATED: July 7, 2011                          Respectfully submitted,

11                                                SEVERSON & WERSON
12                                                A Professional Corporation

13

14                                                By: _____ /s/ Edward R. Buell III _____
                                                             Edward R. Buell
15
                                                  Attorney for Defendant and Cross-Complainant
16                                                GREENPOINT MORTGAGE FUNDING,

17

18              7/7/11

19

20

21

22

23

24

25

26

27

28

15314/0092/939075.1                                          JOINT NOTICE OF SETTLEMENT
                                                             Case No.  3:09-CV-03858-SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SETTLEMENT CONFERENCE STATEMENT
Case No.  3:09-CV-03858-SC