Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Boulevard, Suite 645
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
GMAC MORTGAGE, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. JONES and VIOLA E. JONES,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIERE ONE FUNDING, INC.;<br>GREENPOINT MORTGAGE FUNDING, INC.,<br>DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | Case No.: 3:09-CV-03858-SC<br><br>Assigned to the Honorable Samuel Conti<br><br>Action Filed: June 19, 2008<br>Action Settled: June 28, 2011<br><br>**STIPULATION OF DISMISSAL OF GMAC MORTGAGE, LLC AND JUDGMENT THEREON** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

This Stipulation is made by and between Plaintiffs, Estate of JOHN W. JONES and VIOLA E. JONES ("Plaintiffs") and GMAC MORTGAGE, LLC (named as Doe 3) (GMAC) by and through their respective counsel of record therein.

The parties hereby stipulate and agree as follows:

1. On March 10, 2010, the Court granted GMAC's Motion to Dismiss Plaintiffs' claims against GMAC for failure to state a claim.

2. On April 30, 2010, Plaintiffs and Defendant Greenpoint Mortgage Funding, Inc. ("GPM") filed a Joint Case Management Statement wherein they represent that GMAC has been dismissed from the case, and that except for GPM, there are no other active claims against any defendants. (Document No. 44; p.2:9-11, p.3:13-16, and p3:21-26).

THEREFORE, the parties hereby stipulate, agree and confirm that GMAC is hereby dismissed from the above-entitled action.

DATED: July 18, 2011         MOSS & MURPHY

By: /s/ Glenn L. Moss
   GLENN L. MOSS
   Attorneys for Plaintiffs

DATED: July 18, 2011         WOLFE & WYMAN, LLP

By: /s/ Joshua M. Bryan
   STUART B. WOLFE
   JOSHUA M. BRYAN
   Attorneys for GMAC MORTGAGE, LLC

\*\*\*

## ORDER & JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GMAC MORTGAGE, LLC is dismissed from the above entitled action.

DATED: July 20, 2011



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

2
STIPULATION OF DISMISSAL; ORDER AND JUDGMENT THEREON