UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN W. JONES and VIOLA E. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>PREMIER ONE FUNDING, INC., GREENPOINT MORTGAGE FUNDING, INC., GMAC, BANK OF AMERICA,<br><br>    Defendants.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>    Cross-Complainant,<br><br>vs.<br><br>PREMIER ONE FUNDING, INC., JOHN W. JONES AND VIOLA E. JONES,<br><br>    Cross-Defendants. | Case No.: CV-09-3858 SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

    Plaintiffs and Cross-Defendants JOHN W. JONES and VIOLA E. JONES, and Defendant and Cross-Complainant GREENPOINT MORTGAGE FUNDING, INC., have entered into a written Confidential Settlement Agreement. Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby jointly and mutually stipulate to the dismissal of this entire action with prejudice. The Parties further hereby stipulate and agree that,

notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

So Stipulated:

Date: August 12, 2011    MOSS & MURPHY

By __/s/ *Glen L. Moss*___
Glen L. Moss, Esq.
Counsel for Plaintiff Viola E. Jones,
Individually and as Executor for the Estate of
John W. Jones

Date: August 15, 2011    SEVERSON & WERSON

By ___/s/ Edward R. Buell, III___
Edward R. Buell III, Esq.
Counsel for Defendant
GreenPoint Mortgage Funding, Inc.

So Ordered:

Dated: 8/22/11    _____
THE HONORABLE SAMUEL L. CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 2 -

15314/0092/937772.2

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL OF ACTION WITH PREJUDICE
Case No. CV-09-3858 SC: